THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Frederick
 George Salyer, Appellant.
 
 
 

Appeal From York County
 G. Edward Welmaker, Circuit Court Judge
Unpublished Opinion No. 2008-UP-222
Submitted April 1, 2008  Filed April 11,
 2008 
AFFIRMED

 
 
 
 Chief Attorney
 Joseph L. Savitz, III, of Columbia, for Appellant.
 Teresa A. Knox, Tommy Evans, Jr., and J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Frederick George Salyer appeals his
 probation revocation arguing the circuit court erred by revoking his probation
 based upon an out-of-court recommendation by his probation agent presented to
 the court by a different probation agent. We
 affirm[1] pursuant to S.C. Code Ann. § 14-8-250 (Supp. 2003), Rule 220(b), SCACR, and the
 following authorities:  State v.
 Hamilton, 333 S.C. 642, 648, 511
 S.E.2d 94, 96 (Ct. App. 1999) (explaining an issue must be raised to and ruled
 upon by the revocation judge to be preserved for appellate review); State v. Barlow,
 372 S.C. 534, 539, 643 S.E.2d 682, 685 (2007) (holding a probation agent is
 permitted to present the States case in a revocation proceeding).
AFFIRMED.
ANDERSON, SHORT and THOMAS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.